```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 07881
   KENNETH PAWLOWSKI
   KATHLEEN PAWLOWSKI                          CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

              Debtor
    SSN XXX-XX-0453    SSN XXX-XX-8196

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 04/02/2008 and was not confirmed.

      The case was transfer to marilyn marshall 04/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED         1305.82         .00          .00
AMERICAN FINANCIAL SERVI  SECURED VEHIC      461.00         .00          .00
COUNTRYWIDE HOME LOANS I  CURRENT MORTG         .00         .00          .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE    16000.00         .00          .00
AT & T                    UNSECURED        NOT FILED        .00          .00
DR C MATTHEW CHELICH      UNSECURED        NOT FILED        .00          .00
CUBSA INC                 UNSECURED        NOT FILED        .00          .00
PALISADES COLLECTIONS     UNSECURED        NOT FILED        .00          .00
FINGERHUT                 UNSECURED        NOT FILED        .00          .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED        .00          .00
COMMONWEALTH EDISON       UNSECURED         5243.29         .00          .00
SUDHIR M GOKHALE MD       UNSECURED        NOT FILED        .00          .00
SUDHIR M GOKHALE MD       UNSECURED        NOT FILED        .00          .00
FIRST NATIONAL BANK OF M  UNSECURED        NOT FILED        .00          .00
HOUSEHOLD CREDIT SERVICE  UNSECURED        NOT FILED        .00          .00
HSBC NV                   UNSECURED        NOT FILED        .00          .00
ICS INC                   UNSECURED        NOT FILED        .00          .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED        .00          .00
METHODIST HOSPITAL        UNSECURED        NOT FILED        .00          .00
MUTUAL HOSPITAL COLLECTI  UNSECURED        NOT FILED        .00          .00
MUTUAL HOSPITAL COLLECTI  UNSECURED        NOT FILED        .00          .00
PERFORMANCE PHYSICAL THE  UNSECURED        NOT FILED        .00          .00
PLATINUM CAPITAL INVES    UNSECURED        NOT FILED        .00          .00
AMCA COLLECTION AGENCY    UNSECURED        NOT FILED        .00          .00
RECIEVABLE MAN            UNSECURED        NOT FILED        .00          .00
RICHARD P KOMYATTE & ASS  UNSECURED        NOT FILED        .00          .00
RICHARD P KOMYATTE & ASS  UNSECURED        NOT FILED        .00          .00
RICHARD P KOMYATTE & ASS  UNSECURED        NOT FILED        .00          .00
RICHARD P KOMYATTE & ASS  UNSECURED        NOT FILED        .00          .00
RICHARD P KOMYATTE & ASS  UNSECURED        NOT FILED        .00          .00
SIR FINANCE               UNSECURED        NOT FILED        .00          .00
SWISS COLONY              UNSECURED        NOT FILED        .00          .00
SWISS COLONY              UNSECURED        NOT FILED        .00          .00
WEST ASSET                UNSECURED        NOT FILED        .00          .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY           .00                      .00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 07881 KENNETH PAWLOWSKI & KATHLEEN PAWLOWSKI
```

```
TOM VAUGHN                    TRUSTEE                                    .00
DEBTOR REFUND                 REFUND                                     .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                         ---------------      ---------------
TOTALS                           .00                     .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 07/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```