IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pawlowski, Kenneth | Case Number: 08 B 07881 |
|---|---|---|
| | Pawlowski, Kathleen | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 4/21/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  December 29, 2008
Confirmed:  June 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,100.00 | |
| Secured: | | 47.35 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 980.78 |
| Trustee Fee: | | 71.87 |
| Other Funds: | | 0.00 |
| Totals: | 1,100.00 | 1,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,074.00 | 980.78 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 568.00 | 47.35 |
| 4. | Americredit Financial Ser Inc | Secured | 476.89 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 16,623.73 | 0.00 |
| 6. | Seventh Avenue | Unsecured | 28.13 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 78.35 | 0.00 |
| 8. | Sir Finance Corporation | Unsecured | 44.88 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 314.60 | 0.00 |
| 10. | Munster Radiology Group | Unsecured | 5.11 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 43.68 | 0.00 |
| 12. | Country Door | Unsecured | 12.52 | 0.00 |
| 13. | Child Life Center | Unsecured | 19.90 | 0.00 |
| 14. | Community Hospital | Unsecured | 57.28 | 0.00 |
| 15. | Community Hospital | Unsecured | 91.01 | 0.00 |
| 16. | Hammond Radiologist | Unsecured | 8.29 | 0.00 |
| 17. | Community Hospital | Unsecured | 59.43 | 0.00 |
| 18. | Fingerhut | Unsecured | 8.58 | 0.00 |
| 19. | Mutual Hospital Services/Alverno | Unsecured | 406.29 | 0.00 |
| 20. | Receivables Management Inc | Unsecured | 49.70 | 0.00 |
| 21. | Vativ Recovery Solutions LLC | Unsecured | 213.96 | 0.00 |
| 22. | Patients 1st ER Med Consult PC | Unsecured | 3.35 | 0.00 |
| 23. | Fingerhut | Unsecured | 10.59 | 0.00 |
| 24. | Americredit Financial Ser Inc | Unsecured | 9.79 | 0.00 |
| 25. | Household Bank FSB | Unsecured | | No Claim Filed |
| 26. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pawlowski, Kenneth
Pawlowski, Kathleen
Printed: 03/10/09

Case Number: 08 B 07881
Judge: Wedoff, Eugene R
Filed: 4/21/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Sudhir M Gokhale MD | Unsecured | | No Claim Filed |
| 28. C Matthew Chelich | Unsecured | | No Claim Filed |
| 29. AT&T | Unsecured | | No Claim Filed |
| 30. Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 31. Sudhir M Gokhale MD | Unsecured | | No Claim Filed |
| 32. Methodist Hospital | Unsecured | | No Claim Filed |
| 33. Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 34. Performance Physical Therapy | Unsecured | | No Claim Filed |
| 35. Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 36. HSBC | Unsecured | | No Claim Filed |
| 37. Platinum Capital Investments | Unsecured | | No Claim Filed |
| 38. Swiss Colony | Unsecured | | No Claim Filed |
| 39. Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| 40. Illinois Collection Service | Unsecured | | No Claim Filed |
| 41. West Asset Management | Unsecured | | No Claim Filed |
| 42. Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| 43. Lakeside Surgery Center LLC | Unsecured | | No Claim Filed |
| 44. Central Portfolio Control Inc | Unsecured | | No Claim Filed |
| 45. I C Systems Inc | Unsecured | | No Claim Filed |
| 46. Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 47. Illiana Anesthesia LLC | Unsecured | | No Claim Filed |
| 48. LCA Collections | Unsecured | | No Claim Filed |
| 49. Orthopedic & Spine Surgery Assoc | Unsecured | | No Claim Filed |
| 50. Michael A Wood DPM | Unsecured | | No Claim Filed |
| 51. North Shore Agency Inc | Unsecured | | No Claim Filed |
| 52. Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 53. Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 54. Orthopaedics & Scoliosis Ltd | Unsecured | | No Claim Filed |
| 55. University Of Illinois Medical | Unsecured | | No Claim Filed |
| 56. St Margaret Mercy | Unsecured | | No Claim Filed |
| 57. McGrath Clinic SC | Unsecured | | No Claim Filed |
| 58. South Suburban Cardiology | Unsecured | | No Claim Filed |
| 59. Wow Internet | Unsecured | | No Claim Filed |
| 60. Shaffer & Associates | Unsecured | | No Claim Filed |
| | | $ 22,208.06 | $ 1,028.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 47.43 |
| 6.6% | 24.44 |
| | $ 71.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Pawlowski, Kenneth<br>Pawlowski, Kathleen<br>Printed: 03/10/09 | Case Number:  08 B 07881<br>Judge:  Wedoff, Eugene R<br>Filed:  4/21/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*